UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDI LYNN GUERRERO,

    Defendant.

Case: 1:19-cr-20819
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 12-11-2019 At 03:21 PM
SEALED MATTER (krc)

## INDICTMENT

THE GRAND JURY CHARGES:

**(18 U.S.C. § 1163)**
**(Theft from an Indian Tribal Organization)**

That in or around April 2019, in the Eastern District of Michigan, Northern Division, **Brandi Lynn Guerrero**, did steal, embezzle, and convert to her own use monies or credits with a value over $1,000.00, that is, gambling credits belonging to the Saginaw Chippewa Indian Tribe, an Indian Tribal Organization, in violation of 18 U.S.C. § 1163.

Dated: December 11, 2019      THIS IS A TRUE BILL

    s/Grand Jury Foreperson
    GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

| | |
|---|---|
| s/Roy R. Kranz | s/Anthony P. Vance |
| ROY R. KRANZ (P56903) | ANTHONY VANCE |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| 101 First Street, Suite 200 | Chief, Branch Offices |
| Bay City, Michigan 48708-5747 | |
| (989) 895-5712 | |
| roy.kranz@usdoj.gov | |

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:19-cr-20819
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 12-11-2019 At 03:21 PM
SEALED MATTER (krc)

Case Title: USA v.  Brandi Guerrero

County where offense occurred:  Isabella

Check One:   X Felony     _ Misdemeanor    Petty

___X___Indictment/____Information ---  **no** prior complaint.
_____Indictment/____Information ---  based upon prior complaint [19-mj-30231]
_____Indictment/____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:  December 11, 2019

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.